# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  
New York, New York 10165  
_____

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

November 22, 2019

**VIA ECF**

Honorable Edgardo Ramos  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

   Re: **Palma Flores et al v. M Culinary Concepts, Inc. et al**  
     **Case No. 19-cv-01229 (ER)**

Your Honor:

  This office represents the Plaintiff in the above referenced matter. Plaintiff writes jointly with Defendants to submit this letter (along with a revised settlement agreement) pursuant to the Court's Order dated October 22, 2019. The parties conferred and revised the agreement to comply with said Order. A copy of the Agreement is attached hereto as an exhibit to this letter.

  Should Your Honor have any questions or concerns regarding this settlement, the parties are happy to address them. The parties thank the Court for its attention to this matter.

           Respectfully submitted,

          /s/ Michael Faillace  
          Michael Faillace  
          MICHAEL FAILLACE & ASSOCIATES, P.C.  
          Attorneys for the Plaintiff

Enclosures

cc: Brett Mathew Schatz, Esq. (via ECF)