# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510             Telephone: (212) 317-1200
New York, New York 10165                Facsimile: (212) 317-1620
_____

January 3, 2020

**VIA ECF**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

       Re:     **Palma Flores et al v. M Culinary Concepts, Inc. et al**
                  **Case No. 19-cv-01229 (ER)**

Your Honor:

      This office represents the Plaintiff in the above referenced matter. Plaintiff writes jointly with Defendants to submit this letter pursuant to the Court's Order dated December 6, 2019. The parties conferred and signed the stipulation to revise the release language in paragraph 2 of the settlement agreement to comply with said Order. A copy of the Stipulation is attached hereto as an exhibit to this letter.

      Should Your Honor have any questions or concerns regarding this settlement, the parties are happy to address them. The parties thank the Court for its attention to this matter.

                                       Respectfully submitted,

                                       /s/ Michael Faillace
                                       Michael Faillace
                                       MICHAEL FAILLACE & ASSOCIATES, P.C.
                                       Attorneys for the Plaintiff

Enclosures

cc: Brett Mathew Schatz, Esq. (via ECF)